# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**NICLOUS P. HOWARD**
**LOGISTICS SPECIALIST SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201300289**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 7 February 2013.
**Military Judge:** CDR Douglas P. Barber, Jr., JAGC, USN.
**Convening Authority:** Commanding Officer, Strike Fighter Squadron THREE SEVEN, Norfolk, VA.
**Staff Judge Advocate's Recommendation:** LCDR M.S. Werner, JAGC, USN.
**For Appellant:** LT Jared Hernandez, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**30 January 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court